## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS**, | : | **CIVIL ACTION NO. 1:14-CV-0636** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT CESSAR**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 10th day of April, 2014, upon consideration of the complaint (Doc. 1) filed by federal inmate Frederick Banks, and it appearing that Banks has failed to comply with this Court's Order of January 15, 2014, issued in <u>Banks v. Director, Central Intelligence Agency</u>, Civil No. 1:13-cv-3083, requiring that, in all future civil actions, "plaintiff shall attach to his motion for leave to proceed *in forma pauperis* a statement certifying:  (1) that the claims he wishes to present are new claims never before raised and disposed of on the merits by any federal court, (2) that he believes the facts alleged in his complaint to be true, and (3) that he knows of no reason to believe his claims are foreclosed by controlling law," and that plaintiff was plainly put on notice that his failure to attach the certification would result in the complaint being stricken without prejudice, it is ORDERED that;

1.      The Clerk of Court is directed to STRIKE the complaint filed in this action without prejudice.

2.      The Clerk of Court further is directed to CLOSE this case.


                        /S/ CHRISTOPHER C. CONNER
                        Christopher C. Conner, Chief Judge
                        United States District Court
                        Middle District of Pennsylvania